## Johnston et al., Appellants, v. McDade et al. No. 2.

Argued April 27, 1926. Appeal No. 71, April T., 1926, by Samuel M. Johnston, from judgment of C. P.

Allegheny County, January T., 1923, in the case of Samuel M. Johnston et al. v. Arch R. McDade et al. Before PORTER, P. J., HENDERSON, TREXLER, KELLER, LINN, GAWTHROP and CUNNINGHAM, JJ.   Affirmed.

OPINION BY HENDERSON, J., July 8, 1926:

This case grows out of the same state of facts from which the action of Samuel M. Johnston arose; the appellant being the father of Samuel M. Johnston. In an opinion this day handed down in the case of Samuel M. Johnston et al. v. Arch R. McDade et al., the judgment of the court below was affirmed, and our conclusion in that case requires the affirmation of the judgment in this case.

The assignments are overruled and the judgment affirmed.